**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ADRIANA MARIA QUIROZ ZAPATA<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | ) | Civil Case No. 26-1560 (RJL) |

**ORDER**
September 14th, 2026 [Dkt. #36, 46]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the case is **DISMISSED** without prejudice; and it is further

**ORDERED** that plaintiff's Motion for Reconsideration [Dkt. #36], plaintiff's Motion for Leave to File First Supplemental Complaint [Dkt. #46], and plaintiff's Motion for Order Directing USCIS to Adjudicate Plaintiff's Form I-131 Humanitarian Parole Application [Dkt. #54] are **DENIED** as moot.

**SO ORDERED**.

RJLeon
RICHARD J. LEON
United States District Judge